# EXHIBIT A

## Exhibit 8: National Firearms Act Registered Weapons by State
### (May 2021)

| State | Any Other Weapon [1] | Destructive Device [2] | Machinegun [3] | Silencer [4] | Short Barreled Rifle [5] | Short Barreled Shotgun [6] | Total |
|---|---|---|---|---|---|---|---|
| Alabama | 1,352 | 82,978 | 34,702 | 64,506 | 8,830 | 2,552 | 194,920 |
| Alaska | 345 | 6,256 | 1,802 | 15,192 | 3,108 | 1,534 | 28,237 |
| Arkansas | 703 | 83,161 | 5,689 | 38,058 | 5,076 | 1,294 | 133,981 |
| Arizona | 2,647 | 123,286 | 19,032 | 85,353 | 25,203 | 3,170 | 258,691 |
| California | 4,752 | 324,948 | 29,112 | 17,271 | 15,520 | 14,757 | 406,360 |
| Colorado | 1,154 | 57,926 | 7,666 | 67,008 | 13,509 | 2,119 | 149,382 |
| Connecticut | 1,034 | 14,610 | 35,235 | 18,648 | 4,212 | 1,135 | 74,874 |
| District of Columbia | 69 | 62,757 | 7,872 | 1,024 | 1,426 | 1,167 | 74,315 |
| Delaware | 52 | 3,876 | 537 | 411 | 565 | 651 | 6,092 |
| Florida | 4,100 | 230,917 | 47,117 | 175,156 | 50,848 | 10,587 | 518,725 |
| Georgia | 2,269 | 96,486 | 42,545 | 129,566 | 21,232 | 12,026 | 304,124 |
| Hawaii | 34 | 8,234 | 441 | 403 | 93 | 75 | 9,280 |
| Iowa | 919 | 19,353 | 7,228 | 22,529 | 2,937 | 1,212 | 54,178 |
| Idaho | 667 | 23,674 | 5,299 | 40,755 | 5,376 | 654 | 76,425 |
| Illinois | 1,075 | 103,440 | 30,576 | 3,297 | 4,622 | 1,739 | 144,749 |
| Indiana | 1,862 | 50,885 | 21,137 | 63,249 | 10,872 | 9,541 | 157,546 |
| Kansas | 823 | 26,035 | 3,986 | 31,811 | 5,924 | 1,271 | 69,850 |
| Kentucky | 1,212 | 36,615 | 18,128 | 44,040 | 6,717 | 2,121 | 108,833 |
| Louisiana | 713 | 60,863 | 7,206 | 72,042 | 9,212 | 2,025 | 152,061 |
| Massachusetts | 969 | 19,571 | 7,070 | 10,409 | 6,079 | 1,040 | 45,138 |
| Maryland | 1,137 | 61,460 | 29,854 | 32,275 | 7,633 | 3,898 | 136,257 |
| Maine | 600 | 3,789 | 5,109 | 8,285 | 3,057 | 556 | 21,396 |
| Michigan | 1,284 | 30,928 | 17,464 | 49,324 | 9,120 | 1,715 | 109,835 |
| Minnesota | 2,825 | 61,232 | 8,779 | 48,154 | 7,681 | 1,154 | 129,825 |
| Missouri | 1,574 | 37,631 | 11,167 | 49,754 | 10,230 | 2,995 | 113,351 |
| Mississippi | 564 | 32,211 | 4,906 | 36,545 | 5,354 | 1,132 | 80,712 |
| Montana | 467 | 4,999 | 2,531 | 25,409 | 2,612 | 660 | 36,678 |

**Exhibit A**

## Exhibit 8: National Firearms Act Registered Weapons by State
### (May 2021) — continued

| State | Any Other Weapon [1] | Destructive Device [2] | Machinegun [3] | Silencer [4] | Short Barreled Rifle [5] | Short Barreled Shotgun [6] | Total |
|---|---|---|---|---|---|---|---|
| North Carolina | 1,158 | 107,333 | 15,875 | 76,759 | 17,478 | 3,563 | 222,166 |
| North Dakota | 215 | 3,726 | 1,670 | 23,042 | 2,003 | 319 | 30,975 |
| Nebraska | 816 | 9,780 | 2,403 | 25,879 | 3,472 | 911 | 43,261 |
| New Hampshire | 534 | 5,834 | 20,817 | 36,954 | 7,613 | 681 | 72,433 |
| New Jersey | 534 | 47,080 | 44,422 | 3,889 | 3,775 | 2,528 | 102,228 |
| New Mexico | 404 | 93,029 | 4,233 | 19,873 | 4,590 | 839 | 122,968 |
| Nevada | 1,264 | 50,124 | 14,577 | 37,880 | 12,662 | 2,500 | 119,007 |
| New York | 1,848 | 54,148 | 13,554 | 7,406 | 7,622 | 7,613 | 92,191 |
| Ohio | 2,312 | 92,909 | 22,979 | 68,736 | 15,158 | 6,567 | 208,661 |
| Oklahoma | 1,253 | 19,174 | 9,776 | 62,404 | 8,738 | 2,023 | 103,368 |
| Oregon | 1,683 | 28,654 | 6,740 | 49,197 | 9,483 | 1,717 | 97,474 |
| Pennsylvania | 2,482 | 205,854 | 21,169 | 83,563 | 21,215 | 13,884 | 348,167 |
| Rhode Island | 46 | 3,663 | 630 | 96 | 338 | 114 | 4,887 |
| South Carolina | 733 | 44,017 | 10,997 | 50,422 | 9,088 | 3,948 | 119,205 |
| South Dakota | 388 | 4,559 | 2,176 | 55,666 | 1,612 | 265 | 64,666 |
| Tennessee | 1,803 | 54,554 | 14,683 | 60,573 | 13,350 | 6,573 | 151,536 |
| Texas | 7,517 | 332,208 | 46,318 | 529,150 | 81,000 | 10,362 | 1,006,555 |
| Utah | 578 | 19,648 | 7,745 | 79,557 | 9,212 | 1,668 | 118,408 |
| Virginia | 3,094 | 250,986 | 43,877 | 90,454 | 26,361 | 8,935 | 423,707 |
| Vermont | 238 | 3,106 | 1,465 | 3,528 | 904 | 210 | 9,451 |
| Washington | 1,981 | 62,633 | 4,673 | 78,279 | 16,919 | 1,049 | 165,534 |
| Wisconsin | 853 | 36,053 | 8,391 | 40,596 | 8,070 | 1,467 | 95,430 |
| West Virginia | 465 | 25,315 | 7,359 | 13,696 | 2,913 | 1,215 | 50,963 |
| Wyoming | 337 | 120,688 | 2,019 | 16,681 | 2,089 | 433 | 142,247 |
| Other US Territories | 6 | 323 | 408 | 20 | 12 | 103 | 872 |
| **Total** | **67,744** | **3,343,519** | **741,146** | **2,664,774** | **532,725** | **162,267** | **7,512,175** |