IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER CHAN,<br><br>Defendant. | CR. NO. 22-cr-00109-DKW<br><br>**FINAL VERDICT FORM** |

## COUNT ONE
## 26 U.S.C. § 5861(d)
## Possession of an Unregistered Short-Barreled Rifle

With respect to Count One, we, the jury, unanimously find the Defendant Christopher Chan as follows:

_____ NOT GUILTY          _____ GUILTY

Please have the jury foreperson sign and date this Verdict Form and then indicate to the bailiff that the jury has reached a verdict.

DATED: _____, 2025 at Honolulu, Hawaiʻi.

SIGNED: _____
JURY FOREPERSON