IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER CHAN,<br><br>Defendant. | CR. NO. 22-00109-DKW<br><br>**POST-RULE 29 INSTRUCTION** |

You may recall that the defendant, Christopher Chan, was originally charged in Count 2 of the indictment with possession of a machinegun.  For reasons that do not concern you, Count 2 has been resolved and is no longer before you.  You should not speculate about why Count 2 is not before you.

The defendant remains on trial only for Count 1: possession of an unregistered short-barreled rifle.  You may consider the evidence presented only as it relates to that count.