ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 07 2025

at __1__ o'clock and __17__ min. __P__ M
Lucy H. Carrillo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER CHAN, <br><br> Defendant. | CR. NO. 22-cr-00109-DKW <br><br> **FINAL VERDICT FORM** |

## COUNT ONE
## 26 U.S.C. § 5861(d)
### Possession of an Unregistered Short-Barreled Rifle

With respect to Count One, we, the jury, unanimously find the Defendant Christopher Chan as follows:

_____ NOT GUILTY        __✓__ GUILTY

Please have the jury foreperson sign and date this Verdict Form and then indicate to the bailiff that the jury has reached a verdict.

DATED: __FEB 7th__, 2025 at Honolulu, Hawai'i.

SIGNED: /s/ Jury Foreperson
JURY FOREPERSON