Salina M. Kanai #8096
Federal Public Defender
District of Hawaii

Craig W. Jerome #8797
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       craig_jerome@fd.org

Attorneys for Defendant
Christopher Chan

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) Cr. No. 1:22-cr-00109-DKW |
|---|---|
| Plaintiff, | ) |
|  | ) Motion for Examination and Hearing to |
|  | ) Determine Defendant's Mental |
| vs. | ) Competency |
|  | ) |
| CHRISTOPHER CHAN, | ) Declaration of Counsel |
|  | ) |
| Defendant. | ) Certificate of Service |
|  | ) |

**Motion for Examination and Hearing to Determine
Defendant's Mental Competency**

The defendant, CHRISTOPHER CHAN, through his attorney, Craig W. Jerome, hereby moves this Honorable Court to order an examination and to conduct a hearing to determine Mr. Chan's mental competency to proceed in this case. This motion is made pursuant to the provisions of 18 U.S.C. §4241(a) and Federal Rule of Criminal Procedure 12.2(c)(1)(A). It is based upon the attached Declaration of

counsel, and such further evidence and argument that the Court receives at a hearing on this motion.

    DATED: Honolulu, Hawaii, July 14, 2025.

                                                  */s/ Craig W. Jerome*
                                                  CRAIG W. JEROME
                                                  Attorney for Defendant
                                                  CHRISTOPHER CHAN

**Certificate of Service**

I, CRAIG W. JEROME, hereby certify that by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address on July 14, 2025:

Served Electronically via CM/ECF:

    SARA D. AYABE     sara.ayabe@usdoj.gov
    Assistant United States Attorney
        Attorney for Plaintiff
        UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, July 14, 2025.

                        /s/ *Craig W. Jerome*
                        CRAIG W. JEROME
                        Attorney for Defendant
                        CHRISTOPHER CHAN